# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| HEATHER ESGET,<br><br>    Plaintiff,<br><br>vs.<br><br>WELTMAN, WEINBERG & REIS CO, LPA; DOES 1 -10, inclusive,<br><br>    Defendants. | CASE NO. 1:12-CV-00932-AWI-DLB<br><br>**ORDER GRANTING DEFENDANT WELTMAN, WEINBERG & REIS CO., LPA'S MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>**Scheduling Conference:**<br>**DATE:    September 11, 2012**<br>**TIME:    9:15 a.m.**<br>**CRTRM:  9 (6th Floor)**<br>**Hon. Dennis L. Beck**<br><br>Trial Date:    None Set |

The Court hereby grants the request of counsel for Defendant, WELTMAN, WEINBERG & REIS CO., LPA, to appear at the above-mentioned hearing telephonically.

IT IS SO ORDERED.

Dated:  **September 10, 2012**          /s/ *Dennis L. Beck*
                                                                UNITED STATES MAGISTRATE JUDGE

4849-2131-1505.1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO APPEAR
TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE

LEWIS
BRISBOIS