UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER ESGET,<br><br>          Plaintiff,<br><br>vs.<br><br>WELTMAN, WEINBERG & REIS CO, LPA; DOES 1 -10, inclusive,<br><br><br>          Defendants. | CASE NO. 1:12-CV-00932-AWI-SAB<br><br>**ORDER TO STIPULATION RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Trial Date:     July 30, 2013 |

/ / /

/ / /

/ / /

4840-4972-2898.1

[PROPOSED] ORDER TO STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1  Having reviewed the filed Stipulation Re: Dismissal of Entire Action With
2  Prejudice, signed by counsel for Plaintiff HEATHER ESGET and counsel for
3  Defendant WELTMAN, WEINBERG & REIS CO, LPA, this Court hereby orders
4  that this matter be dismissed in its entirety, with prejudice.

IT IS SO ORDERED.

Dated:   January 18, 2013                    _____
SENIOR DISTRICT JUDGE